Mary E. Bacon, Esq. (NV Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 950
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email:  mbacon@spencerfane.com

*Attorneys for USAA General Indemnity Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **ROBERT EARL SPEARS, JR.,** an individual; and **GUILLERMO LORENZO OLVERA**, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>**USAA GENERAL INDEMNITY COMPANY** an unincorporated entity and/or a reciprocal insurance exchange with members residing in the State of Nevada; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants, | Case No.: 3:23-cv-00481-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** |

Plaintiffs, Robert Earl Spears, Jr. and Guillermo Lorenzo Olvera ("Plaintiffs"), and Defendant, USAA General Indemnity Company ("Defendant") have agreed to extend the time for Defendant to respond to Plaintiffs' Complaint for one week, from October 6, 2023 to October 13, 2023. Plaintiffs filed their complaint on June 7, 2023, and Defendant was served on August 31, 2023. Defendant's counsel had a death in the family and Plaintiff agreed to this brief extension as a professional courtesy. This is the parties' first stipulation to extend Defendant's time to respond to the Complaint.

This request is made in good faith and not for the purpose of delay.

DATED this 6th day of October, 2023.    Dated this 6th day of October, 2023.

| **THE SCHNITZER LAW FIRM** | **SPENCER FANE LLP** |
|---|---|
| /s/ Jordan P. Schnitzer<br>Jordan P. Schnitzer, Esq.<br>Nevada Ba No. 10744<br>9205 W. Russell Road, Suite 240<br>Las Vegas, NV  89148<br>*Attorney for Plaintiffs* | /s/ Mary Bacon<br>Mary E. Bacon, Esq. (NV Bar No. 12686)<br>Jessica E. Chong, Esq. (NV Bar No. 13845)<br>300 S. Fourth Street, Suite 950<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 10, 2023.