1  Mary E. Bacon, Esq. (NV Bar No. 12686)
   Jessica E. Chong, Esq. (NV Bar No. 13845)
2  **SPENCER FANE LLP**
   300 S. Fourth Street, Suite 950
3  Las Vegas, Nevada 89101
   Telephone: 702.408.3400
4  Facsimile: 702.938.8648
   Email:     mbacon@spencerfane.com
5
   *Attorneys for USAA General*
6  *Indemnity Company*

7                    **UNITED STATES DISTRICT COURT**

8                           **DISTRICT OF NEVADA**

9  **ROBERT EARL SPEARS, JR.,** an
   individual; and **GUILLERMO**            Case No.: 3:23-cv-00481-LRH-CLB
10 **LORENZO OLVERA**, an individual

11                Plaintiffs,              **ORDER GRANTING STIPULATION
                                            TO EXTEND TIME TO FILE
12       vs.                                RESPONSIVE PLEADING**

13                                          **[Second Request]**
   **USAA GENERAL INDEMNITY
14 COMPANY** an unincorporated entity
   and/or a reciprocal insurance
15 exchange with members residing in
   the State of Nevada; DOES 1 through
16 10, and ROE CORPORATIONS 1
   through 20, inclusive,
17
18                Defendants,
19

20

21       Plaintiffs, Robert Earl Spears, Jr. and Guillermo Lorenzo Olvera
22 ("Plaintiffs"), and Defendant, USAA General Indemnity Company ("Defendant")
23 have agreed to extend the time for Defendant to respond to Plaintiffs' Complaint
24 for thirty days, from October 13, 2023 to November 13, 2023. The parties are
25 evaluating early resolution. Plaintiffs have provided a settlement demand and
26 Defendant is evaluating the respective demands. This is the parties' second
27 stipulation to extend Defendant's time to respond to the Complaint.
28

This request is made in good faith and not for the purpose of delay.

DATED this 13th day of October, 2023.

| **THE SCHNITZER LAW FIRM** | **SPENCER FANE LLP** |
|---|---|
| /s/ Jordan P. Schnitzer<br>Jordan P. Schnitzer, Esq.<br>Nevada Bar No. 10744<br>9205 W. Russell Road, Suite 240<br>Las Vegas, NV  89148<br>*Attorney for Plaintiffs* | /s/ Mary Bacon<br>Mary E. Bacon, Esq. (NV Bar No. 12686)<br>Jessica E. Chong, Esq. (NV Bar No. 13845)<br>300 S. Fourth Street, Suite 950<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

Dated: October 13, 2023

_____
UNITED STATES MAGISTRATE JUDGE

DE 8239138.1