**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **ROBERT EARL SPEARS, JR.,** an individual; and **GUILLERMO LORENZO OLVERA**, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>**USAA GENERAL INDEMNITY COMPANY** an unincorporated entity and/or a reciprocal insurance exchange with members residing in the State of Nevada; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants, | Case No.: 3:23-cv-00481-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO VACATE ALL CASE RELATED DEADLINES** |

Plaintiffs, Robert Earl Spears, Jr. and Guillermo Lorenzo Olvera ("Plaintiffs"), and Defendant, USAA General Indemnity Company ("Defendant") have settled this matter. The parties anticipate filing dismissal documents in 30 days. The parties also stipulate to vacate all currently calendared deadlines, including ECF. 5, the Court's October 26, 2023 order, and ECF. 10, Plaintiff's Motion to Remand.

DATED this 24th day of October, 2023.

| THE SCHNITZER LAW FIRM | SPENCER FANE LLP |
|---|---|
| /s/_Jordan Schnitzer_____<br>Jordan P. Schnitzer, Esq.<br>Nevada Ba No. 10744<br>9205 W. Russell Road, Suite 240<br>Las Vegas, NV  89148<br>Attorney for Plaintiffs | /s/ Mary Bacon_____<br>Mary E. Bacon, Esq. (NV Bar No. 12686)<br>Jessica E. Chong, Esq. (NV Bar No. 13845)<br>**SPENCER FANE LLP**<br>300 S. Fourth Street, Suite 950<br>Las Vegas, Nevada 89101<br>Telephone: 702.408.3400<br>Facsimile: 702.938.8648<br>Email:      mbacon@spencerfane.com<br>*Attorneys for Defendant* |

## **ORDER**

IT IS ORDERED that all currently calendared deadlines are vacated.

IT IS  FURTHER ORDERED that the Parties shall file a stipulation for dismissal with prejudice and proposed order no later than Monday, November 27, 2023.

IT IS SO ORDERED.

DATED this 25th day of October, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE