UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT EARL SPEARS, JR., an individual; and GUILLERMO LORENZO OLVERA, an individual,<br><br>        Plaintiffs,<br><br>  v.<br><br>USAA GENERAL INDEMNITY COMPANY, an unincorporated entity and/or a reciprocal insurance exchange with members residing in the State of Nevada; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>        Defendants. | Case No. 3:23-cv-00481-LRH-CLB<br><br>MINUTE ORDER<br><br>January 31, 2024 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):       NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the Court is Plaintiff's status report regarding dismissal (ECF No. 15) requesting an additional 30 days to file their joint stipulation for dismissal with prejudice and proposed order as the Parties are currently engaged in settlement negotiations.

Good cause appearing, IT IS ORDERED that the Parties shall file a joint stipulation for dismissal with prejudice and proposed order no later than February 29, 2024.

IT IS SO ORDERED.

_____

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE