**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **ROBERT EARL SPEARS, JR.,** an individual; and **GUILLERMO LORENZO OLVERA**, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>**USAA GENERAL INDEMNITY COMPANY** an unincorporated entity and/or a reciprocal insurance exchange with members residing in the State of Nevada; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants, | Case No.: 3:23-cv-00481-LRH-CLB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Robert Earl Spears and Guillermo Lorenzo Olvera, and Defendant USAA General Indemnity Company ("Defendant") hereby stipulate and agree to dismiss Plaintiff's Complaint, with prejudice. Each party will bear its own fees and costs.

///

///

///

///

///

///

| | | |
|---|---|---|
|1| Dated this 28th day of February, 2024. | Dated this 28th day of February, 2024. |
|2| **THE SCHNITZER LAW FIRM** | **SPENCER FANE LLP** |
|3| /s/ Jordan P. Schnitzer | /s/ Mary E. Bacon |
|4| Jordan P. Schnitzer, Esq.<br>The Schnitzer Law Firm<br>9205 W. Russell Road, Suite 240<br>Las Vegas, Nevada 89148<br>*Attorneys for Plaintiffs* | Mary E. Bacon, Esq.<br>Nevada Bar No. 12686<br>Jessica E. Chong, Esq.<br>Nevada Bar No. 13845<br>300 South Fourth Street, Suite 950<br>Las Vegas, Nevada 89101<br>*Attorneys for USAA General Indemnity Company* |

### ORDER

Pursuant to the Stipulation between the parties, IT IS ORDERED that Plaintiff's Complaint is hereby DISMISSED with prejudice with each party bearing its own fees and costs.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter final judgment accordingly, dismiss this action, and close this case.

IT IS SO ORDERED.

DATED this 29th day of February, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE