AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROBERT EARL SPEARS, JR., an individual; and GUILLERMO LORENZO OLVERA, an individual,

        Plaintiffs,

v.

USAA GENERAL INDEMNITY COMPANY an unincorporated entity and/or a reciprocal insurance exchange with members residing in the State of Nevada; DOES 1 through 10, and ROE CORPORATIONS 1 through 20, inclusive,

        Defendant.

JUDGMENT

Case Number:   3:23-cv-00481-LRH-CLB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to this court's order granting the parties stipulation for dismissal with prejudice filed February 29, 2024 (ECF No. 18), Plaintiff's Complaint is hereby dismissed with prejudice.  Each party will bear its own fees and costs.

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: February 29, 2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk